IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY L. COLE,
    Plaintiff,

vs.                            Case No.: 3:06cv490/MCR/EMT

SANTA ROSA SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On November 13, 2006, this court entered an order giving Plaintiff thirty (30) days in which to file an amended complaint (Doc. 5). Plaintiff failed to respond to the order, therefore, on December 18, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 6). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.[1]

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this <u>8th</u> day of January 2007.

                          /s/ *Elizabeth M. Timothy*
                          **ELIZABETH M. TIMOTHY**
                          **UNITED STATES MAGISTRATE JUDGE**

---

[1] Although the show cause order was mailed to Plaintiff at his address of record, the order was returned as undeliverable (*see* Doc. 7). Plaintiff has failed to provide the court with his current address.

## NOTICE TO THE PARTIES

  Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).